Ryan K. Brown
Benton County Prosecuting Attorney's Office
7122 W. Okanogan Place, Bldg. A
Kennewick, WA 99336
Phone:  509.735.3591

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREENFIELD, ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BRENNER, ET AL.,<br><br>　　　　　　Defendants. | NO.  CV-05-5120-LRS<br><br>**MOTION TO QUASH SERVICE AND DISMISS BENTON COUNTY UNDER CIV.R. 12 (b)(5); MOTION TO DISMISS BENTON CO. PLANNING/BUILDING DEPT. AND OFFICIAL CAPACITY SUITS AGAINST DEFENDANTS MILLER, MARDEN, VINING, STILWILL, BROWN AND BRENNER UNDER CIV.R. 12(b)(6); AND MOTION TO DISMISS PLAINTIFFS' SECOND, THIRD AND ELEVENTH CAUSES OF ACTION AGAINST ALL REMAINING COUNTY DEFENDANTS UNDER CIV.R. 12(b)(6).** |

　　　COME NOW defendants Benton County, the Benton County Planning/Building Department and Andy Miller, Terry Marden, Steve Brown, Elisa Vining, Craig Stilwill and Gary Brenner, each in their official capacity, to move the Court for an order dismissing this action against them for the following reasons:

　　　1.　Defendant Benton County was not properly served with the summons and complaint in the manner prescribed by Washington law and Civ.R. 4(j).

　　　2.　Defendants Benton County Planning/Building Dept. and Andy Miller, Terry Marden, Gary Brenner, Steve Brown, Craig Stilwill and

MOTION TO DISMISS AND
ORDER QUASH SERVICE - 1

1  Elisa Vining are not proper parties in their official capacities
2  and should be dismissed under Civ.R. 12(b)(6).

3     COME NOW defendants Gary Brenner, Steve Brown, Craig Stilwill,
4  and Elisa Vining, each in their individual capacity, and any of the
5  above defendants to the extent not already dismissed, to further
6  move the Court for an order dismissing the plaintiffs' Second,
7  Third and Eleventh Claims under Civ.R. 12(b)(6) for failure to
8  state a claim.

9     The legal points and authorities relied on in support of this
10 motion are set forth in the accompanying Memorandum in Support.

11    A proposed order granting the relief requested accompanies
12 this motion.

13    Dated this 18th day of January, 2006.

ANDY MILLER
Prosecuting Attorney

By  s/Ryan K. Brown
RYAN K. BROWN, Chief Deputy (Civil)
Prosecuting Attorney
WSBA # 19837
Attorneys for Benton Co. Defendants
Benton County Prosecutor's Office
7122 W. Okanogan Place, Bldg. A
Kennewick, WA 99336
Telephone:  (509) 735-3591
Fax:  (509) 222-3705
Email:  ryan.brown@co.benton.wa.us

**DECLARATION OF SERVICE**

I certify that I served, in the manner indicated below, a true and correct copy of the foregoing document as follows:

Gerry Greenfield, Jr.          **X** U.S. Regular Mail, Postage Prepaid
P.O. Box 6333                  ☐ Legal Messenger
Kennewick, WA 99336            ☐ Facsimile
                               ☐ Overnight Express
                               ✓ Electronic Notice Via ECF

MOTION TO DISMISS AND
ORDER QUASH SERVICE - 2

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591

| | | |
|---|---|---|
| 1 | Gerry Greenfield III<br>3324 NE 6th Place<br>Renton, WA 98056 | **X** U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ Facsimile<br>☐ Overnight Express<br>✓ Electronic Notice Via ECF |
| 2 | Elizabeth Logsdon<br>1114 W. 10th Ave. P-205<br>Kennewick, WA 99336 | **X** U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ Facsimile<br>☐ Overnight Express<br>✓ Electronic Notice Via ECF |
| 3 | Nicole Greenfield<br>1114 W. 10th Ave. L-205<br>Kennewick, WA 99336 | **X** U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ Facsimile<br>☐ Overnight Express<br>✓ Electronic Notice Via ECF |
| 4 | Christopher W. Tompkins<br>BETTS, PATTERSON & MINES, P.S.<br>One Convention Place, Ste. 1400<br>701 Pike Street<br>Seattle, WA 98101-3927 | ☐ U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ Facsimile<br>☐ Overnight Express<br>**X** Electronic Notice Via ECF |
| 5 | Dan F. Hultgrenn<br>KUFFEL, HULTGRENN, KLASHKE & SHEA, LLP<br>1915 Sun Willows<br>Pasco, WA 99301 | ☐ U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ Facsimile<br>☐ Overnight Express<br>**X** Electronic Notice Via ECF |
| 6 | Kristina L.J. McKennon<br>FLYNN, MERRIMAN & PALMER, P.S.<br>830 N. Columbia Center Blvd., Ste. A<br>Kennewick, WA 99336 | ☐ U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ Facsimile<br>☐ Overnight Express<br>**X** Electronic Notice Via ECF |

DATED this 18th day of January, 2006, at Kennewick, Washington.

                                            S/Ryan K. Brown
                                            RYAN K. BROWN

MOTION TO DISMISS AND
ORDER QUASH SERVICE - 3

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591