1  Ryan K. Brown
2  Benton County Prosecuting Attorney's Office
   7122 W. Okanogan Place, Bldg. A
   Kennewick, WA 99336
3  Phone:  509.735.3591

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF WASHINGTON

8  | GREENFIELD, ET AL., | NO.  CV-05-5120-LRS |
   |---|---|
9  | Plaintiffs, | |
10 | vs. | **[PROPOSED] ORDER QUASHING SERVICE ON BENTON COUNTY; DISMISSING BENTON COUNTY, THE BENTON CO. PLANNING/ BUILDING DEPT. AND DEFENDANTS MILLER, MARDEN, VINING, STILWILL, BROWN AND BRENNER IN THEIR OFFICIAL CAPACITIES; AND DISMISSING PLAINTIFFS' SECOND, THIRD AND ELEVENTH CAUSES OF ACTION AGAINST ALL COUNTY DEFENDANTS** |
11 | BRENNER, ET AL., | |
12 | Defendants. | |

   This matter came before the Court on a motion pursuant to Civ.R. 12(b)(5) and (6) by Benton County, its Planning/Building Department, defendants Andy Miller and Terry Marden in their official capacities, and defendants Elisa Vining, Craig Stilwill, Steve Brown and Gary Brenner in both their official and personal capacities.  The relief requested by this motion was as follows: (1) for an order quashing service on Benton County; (2) dismissing Benton County due to plaintiffs' failure to properly serve it; (3) dismissing plaintiff's complaint for failure to state a claim for relief against defendant Benton County Planning/Building Department and defendants Miller, Marden, Brown, Stilwill, Vining and Brenner

[PROPOSED] ORDER DISMISSING
CERTAIN PARTIES AND CLAIMS - 1

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591

in their official capacities; (4) dismissing for failure to state a claim plaintiffs' Second, Third and Eleventh Claims against the above referenced defendants and against defendants Vining, Stilwill, Brown and Brenner in their individual capacities; and (5) an order that plaintiffs comply with LR 3.2 and file and serve a RICO Case Statement within ten days of service upon each remaining defendant and that plaintiffs' Twelfth Claim be dismissed to the extent plaintiffs fail to comply with and LR 3.2 and this order.

This motion was determined without oral argument. The Court considered the pleadings filed in this action, plaintiffs' return of service upon Benton County on file with the Court and the Memorandum in Support filed in connection herewith.

Based on the above, the Court finds that service has not been properly effected against Benton County; that the Complaint fails to state a claim against defendant Benton County Planning/Building Department or defendants Miller, Marden, Brown, Vining, Stilwill and Brenner in their official capacities; that the Second, Third and Eleventh Claims set forth in the Complaint fail to state claims for relief against any of the defendants identified herein; and that plaintiffs have failed to comply with LR 3.2.

Based on the above findings, it is therefore Ordered:

1.  The purported service upon Benton County by Mary Sluyter on December 28, 2005, is hereby quashed as ineffective, and that plaintiffs' Complaint against Benton County is dismissed.

2.  The motion to dismiss under Civ.R. 12(b)(6) by Benton County Planning/Building Department is hereby granted and that defendant is dismissed with prejudice.

3.  The Civ.R. 12(b)(6) motion to dismiss the following

[PROPOSED] ORDER DISMISSING
CERTAIN PARTIES AND CLAIMS - 2

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591

defendants sued in their official capacity is granted and they are dismissed with prejudice: Andy Miller, Terry Marden, Elisa Vining, Craig Stilwill, Steve Brown and Gary Brenner.

4. The Civ.R. 12(b)(6) motion to dismiss plaintiffs' Second, Third, and Eleventh Claims against defendant Benton County, its Planning Department, Andy Miller and Terry Marden in their official capacities, and Elisa Vining, Steve Brown, Craig Stilwill, and Gary Brenner in their official and personal capacities is hereby granted and such claims are hereby dismissed with prejudice.

5. Plaintiffs are hereby ordered to file and serve on each remaining defendant a RICO Case Statement in accordance with LR 3.2 by the later of: (a) ten days from the date of this Order; or (b) ten days from the date of service of the Summons and Complaint on a defendant, and that failure to comply with this order shall result in plaintiffs' Twelfth Claim being dismissed with prejudice against each such defendant not properly served.

Dated this ____ day of _____, 2006.

_____
United States District Judge

**DECLARATION OF SERVICE**

I certify that I served, in the manner indicated below, a true and correct copy of the foregoing document as follows:

| Gerry Greenfield, Jr. | **X** U.S. Regular Mail, Postage Prepaid |
| P.O. Box 6333 | ◻ Legal Messenger |
| Kennewick, WA 99336 | ◻ Facsimile |
| | ◻ Overnight Express |
| | ✓ Electronic Notice Via ECF |

[PROPOSED] ORDER DISMISSING
CERTAIN PARTIES AND CLAIMS - 3

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591

| | | |
|---|---|---|
| 1 | Gerry Greenfield III | **X** U.S. Regular Mail, Postage Prepaid |
| 2 | 3324 NE 6th Place | **G** Legal Messenger |
|   | Renton, WA 98056 | **G** Facsimile |
| 3 |  | **G** Overnight Express |
|   |  | **9** Electronic Notice Via ECF |
| 4 | Elizabeth Logsdon | **X** U.S. Regular Mail, Postage Prepaid |
| 5 | 1114 W. 10th Ave. P-205 | **G** Legal Messenger |
|   | Kennewick, WA 99336 | **G** Facsimile |
| 6 |  | **G** Overnight Express |
|   |  | **9** Electronic Notice Via ECF |
| 7 | Nicole Greenfield | **X** U.S. Regular Mail, Postage Prepaid |
| 8 | 1114 W. 10th Ave. L-205 | **G** Legal Messenger |
|   | Kennewick, WA 99336 | **G** Facsimile |
| 9 |  | **G** Overnight Express |
|   |  | **9** Electronic Notice Via ECF |
| 10 | Christopher W. Tompkins | **G** U.S. Regular Mail, Postage Prepaid |
|   | BETTS, PATTERSON & MINES, P.S. | **G** Legal Messenger |
| 11 | One Convention Place, Ste. 1400 | **G** Facsimile |
|   | 701 Pike Street | **G** Overnight Express |
| 12 | Seattle, WA 98101-3927 | **X** Electronic Notice Via ECF |
| 13 | Dan F. Hultgrenn | **G** U.S. Regular Mail, Postage Prepaid |
|   | KUFFEL, HULTGRENN, KLASHKE & SHEA LLP | **G** Legal Messenger |
| 14 | 1915 Sun Willows | **G** Facsimile |
|   | Pasco, WA 99301 | **G** Overnight Express |
| 15 |  | **X** Electronic Notice Via ECF |
| 16 | Kristina L.J. McKennon | **G** U.S. Regular Mail, Postage Prepaid |
|   | FLYNN, MERRIMAN & PALMER, P.S. | **G** Legal Messenger |
| 17 | 830 N. Columbia Center Blvd., Ste. A | **G** Facsimile |
|   | Kennewick, WA 99336 | **G** Overnight Express |
| 18 |  | **X** Electronic Notice Via ECF |

DATED this 18th day of January, 2006, at Kennewick, Washington.

                                         S/Ryan K. Brown
                                         RYAN K. BROWN

[PROPOSED] ORDER DISMISSING
CERTAIN PARTIES AND CLAIMS - 4

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591