```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| GERRY GREENFIELD, JR.; GERRY GREENFIELD, III; ELIZABETH LOGSDON; and NICOLE GREENFIELD,<br><br>       Plaintiffs,<br><br>   v.<br><br>GARY G. BRENNER in his official capacity; COUNTY OF BENTON, WASHINGTON in its municipal capacity; HAMES ANDERSON & WHITLOW, P.S. in its corporate capacity; ROBERT G. MCMILLEN, SBN 29831 in his corporate capacity; ELISA VINING in her official capacity; CRAIG EUGENE STILWILL in his official capacity; BENTON PUBLIC UTILITIES DISTRICT in its corporate capacity; STEPHEN B. HUNTER in his corporate capacity; BENTON COUNTY PLANNING/BUILDING DEPARTMENT in its municipal capacity; TERRY A. MARDEN, Director in his official capacity; STEVE BROWN, supervisor in his official capacity; ANDY MILLER in his official capacity; BERNICE KASKO in her individual capacity; GARY G. BRENNER in his individual capacity; ROBERT G. MCMILLEN in his individual capacity; ELISA VINING in her individual capacity; CRAIG EUGENE STILWILL in his individual capacity; STEVE BROWN in his individual capacity; and DOES 1 through 50 as their identities become known,<br><br>       Defendants. | No. CV-05-5120-LRS<br><br>**ORDER OF DISMISSAL** |

ORDER - 1

On March 31, 2006 the Court issued an ORDER (Ct. Rec. 96) requiring Plaintiffs to file an amended complaint complying with Federal Rules of Civil Procedure 8(a) and 10. In this twenty-four page court ORDER Plaintiffs were advised of numerous deficiencies in their pleadings and were given until May 1, 2006 to file an amended complaint containing a "short and plain statement" showing entitlement to relief in accord with the Federal Rules of Civil Procedure. The motions to dismiss filed by Defendants McMillen, Hanes, Anderson and Whitlow were granted incidental to the ORDER.

Plaintiffs responded by filing a timely, 139-page amended complaint titled "First Amended Complaint; Demand for Jury Trial; Re-Issue of Summons, Rule 4 and 15" on April 25, 2006 (Ct. Rec. 98). Plaintiffs' 139-page Amended Complaint ignored the dismissal order involving the above named Defendants and added in excess of twenty (20) additional parties. The additional parties included two judges of this court (one of which is the undersigned judicial officer), court personnel in the clerk's office, the defense attorneys and defense law firms in this case, and numerous others.

Contrary to the directions provided in the earlier ORDER, Plaintiffs did not correct their pleadings to recite facts showing entitlement to relief. Instead, Plaintiffs reinstated and expanded conclusory allegations with many pages referencing court rules, statutes, and other materials which are not properly part of an amended complaint. The Court finds that Plaintiffs' Amended

ORDER - 2

Complaint fails to correct few, if any, of the deficiencies recited in the ORDER.  The Court finds Plaintiffs' conduct, in ignoring the Court's earlier ORDER, is willful by renaming certain defendants that were already dismissed through that ORDER.  Plaintiffs' complaints are not only frivolous but indisputably "harassing" as plainly evidenced by the multitude of defendants named in each complaint, without any specific indication of how the "facts" alleged specifically relate to each defendant; and the numerous overlapping "claims" and defendants in the complaints.

**IT IS ORDERED** that the above-titled case be **DISMISSED with prejudice** and the file be closed in this matter.

**IT IS FURTHER ORDERED** that all pending motions be **DENIED as MOOT**.

The District Court Executive is directed to enter this Order; enter judgment; and provide a copy to all counsel and *pro se* Plaintiffs.

Dated this 9th day of May, 2006.

                                            s/ Lonny R. Suko
                                                LONNY R. SUKO
                                     UNITED STATES DISTRICT JUDGE

ORDER - 3